**Order entered December 19, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00106-CR

### SUZANNE BATTLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB10-50867-F**

## ORDER

On December 17, 2013 we ordered court reporter Charon Evans to file the reporter's record by January 6, 2014. We had received the reporter's record on December 16, 2013. Accordingly, we **VACATE** the December 17, 2013 order. The reporter's record is properly filed and appellant's brief is due by January 15, 2014.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Etta Mullin, Presiding Judge, County Criminal Court No. 5; Charon Evans, deputy Court Reporter, County Criminal Court No. 5; and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE